UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JASON CARL THOMAS,  )<br>　　　　　Plaintiff,　　) <br>　　　　　　　　　　　　) <br>　　　　　　　　　　　　) <br>v.　　　　　　　　　　　) <br>　　　　　　　　　　　　) <br>　　　　　　　　　　　　) <br>UNITED STATES OF AMERICA,　) <br>ERIC H. HOLDER, JR., KIMBERLY A.　) <br>MOORE, FELICE CORPENING and　) <br>MICHAEL JAMES,　　　　　) <br>　　　　　Defendants.　　) | **JUDGMENT**<br><br>No. 5:14-CV-465-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that this action be DISMISSED as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i), and all pending motions are DENIED as moot.

**This Judgment Filed and Entered on March 4, 2015, and Copies Via US Mail To:**

Jason Carl Thomas 23376-056, Ashland-FCI, PO Box 6001, Ashland, KY 41105


DATE　　　　　　　　　　　　　　　　　JULIE A. RICHARDS, CLERK
March 4, 2015　　　　　　　　　　　　　/s/ Jacqueline B. Grady
　　　　　　　　　　　　　　　　　　　　(By) Jacqueline B. Grady, Deputy Clerk