IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-00465-F

| | |
|---|---|
| JASON CARL THOMAS, | ) |
| Petitioner, | ) |
| v. | ) **ORDER** |
| UNITED STATES OF AMERICA, et al., | ) |
| Respondents. | ) |

This matter is before the court on Defendant Jason Carl Thomas's Motion for Relief from Order of Dismissal [DE-17]. Defendant asks the court to reconsider its March 4, 2015 order [DE-14] dismissing Defendant's action as frivolous.

The court has reviewed the record and Defendant's motion [DE-17], and finds Defendant's arguments to be without merit. For the reasons stated in the court's Order of March 4, 2015, Defendant's motion [DE-17] is DENIED.

SO ORDERED.

This, the _16_ of September, 2015.

_____
JAMES C. FOX
Senior United States District Judge